[No. 1996–3.  Division Three.  September 6, 1977.]

LAD IRRIGATION CO., INC., *Respondent,* v. HEBER V. HELLEWELL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grant County, No. 24009, B. J. McLean, J., entered May 7, 1976. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 4317–1.  Division One.  September 12, 1977.]

ELAINE ZOBRIST, *Individually and as Executrix, Respondent,* v. FRANK CULP, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 48567, Marshall Forrest, J., entered October 31, 1975. *Remanded* by unpublished per curiam opinion.

[No. 4904–1.  Division One.  September 12, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL BERNARD WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 76696, Peter K. Steere, J., entered June 22, 1976. *Affirmed* by unpublished per curiam opinion.